

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00283-CV

IN THE INTEREST OF C.L.R., A CHILD

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2015-517,250, Honorable Ruben Gonzales Reyes, Presiding

December 21, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, M.K., filed a notice of appeal on July 26, 2016. We dismiss the appeal for want of prosecution.

Appellant's brief was originally due on October 12, 2016, but was not filed. We subsequently granted appellant three extensions to file her brief. By letter dated December 2, 2016, the Clerk notified appellant that failure to file a brief by December 15, 2016, would result in dismissal of her appeal for want of prosecution without further notice. Since then, appellant has neither filed a brief nor had any further communication with the court.

Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Clerk requiring action within a specified time. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

Per Curiam